

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AURELIA VEGA,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>JEFFREY SESSIONS, ET AL.,<br><br>　　　　　　Respondent. | Case No.:  18CV1566-DMS<br><br>**ORDER RE: PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

The Petition for Writ of Habeas Corpus Ad Prosequendum is:

☐ GRANTED　　　　☒ DENIED AS MOOT

Petitioner set for arraignment **July 11, 2018**.

Dated: July 11, 2018

_____
HON. DANA M. SABRAW
U.S. DISTRICT COURT JUDGE

1

18CV1566-DMS